263-070723      RES/tvd      #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY BRIAR, as Special Representative and Special Administrator of the Estate of SOPHIE BURKHART, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE SENIOR LIVING, INC., a Delaware Corporation d/b/a SUNRISE OF SCHAUMBURG, SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation, SUNRISE CONTINUING CARE, LLC, a Delaware Limited Liability Company and JODI MEIER, <br><br> Defendants. | No.    1:12-cv-654 |

## NOTICE OF REMOVAL

NOW COME, the Defendants, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and SUNRISE CONTINUING CARE, LLC, ("Defendants"), and hereby remove this civil action, case number 2012 L 000095 from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §§ 1441 and 1332. In support thereof, Defendants state as follows:

**BACKGROUND OF CASE**

1. This action was filed in the Circuit Court of Cook County, State of Illinois, on January 4, 2012. (A Copy of the Complaint at Law and Summons are attached hereto and incorporated herein as **"Exhibit A"**). A copy of the Complaint was served upon the Defendants on January 4, 2012. This notice is filed within 30 days after services of the Complaint upon Defendants.

2. Any civil action brought in a state court of which the District Courts of the United

States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 USC §§1441.

3. The district courts shall have original jurisdiction of all civil actions where the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and where there is complete diversity. 28 USC §§1332. There is complete diversity when, at the time that the action was commenced, every plaintiff is of diverse citizenship as every defendant. Id.

4. At the time the action was commenced, Plaintiff, Wendy Briar, was a citizen of the State of Illinois.

5. At the time this action commenced, none of the Defendants were citizens of the State of Illinois.

## SUNRISE SENIOR LIVING, INC.

6. At the time the action was commenced, Defendant, Sunrise Senior Living, Inc., was a corporation organized and existing under the laws of Delaware. Its principal place of business was in Virginia.

## SUNRISE SENIOR LIVING MANAGEMENT, INC.

7. At the time the action was commenced, Defendant, Sunrise Senior Living Management, Inc. was a corporation organized and existing under the laws of Virginia. Its principal place of business was in Virginia.

## SUNRISE CONTINUING CARE, LLC

8. For purposes of diversity jurisdiction, "limited liability companies are citizens of every state of which any member is a citizen." *Belleville Catering Company v. Champaign Market*

*Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003).

9. At the time the action was commenced, Defendant, Sunrise Continuing Care, LLC, was a Delaware limited liability company with one member. The sole member of Sunrise Continuing Care, LLC is Sunrise Senior Living Services, Inc. As articulated above, Sunrise Senior Living Services, Inc. is a Virginia corporation with its principal place of business in Virginia.

**JODI MEIER**

10. At the time the action was commenced, Defendant, Jodi Meier, was a citizen of Canada. Jodi Meier resides in Brantford, Canada.

**AMOUNT IN CONTROVERSY**

11. Based upon the allegations in the Complaint, the amount in controversy likely will exceed $75,000, exclusive of interest and costs should the Plaintiff establish liability and causation at trial. Pursuant to the Federal Courts Jurisdiction and Venue Clarification Act of 2011, where the specific amount of damages cannot be set forth in a state court complaint (as in a complaint for personal injuries in Illinois pursuant to 735 ILCS 5/2-604), the notice of removal can set forth the amount in controversy. 28 U.S.C. § 1446. This provision codifies current Seventh Circuit practice which dictates that the requisite "amount in controversy" is not limited to the damages enumerated in a plaintiff's complaint. *See e.g., Oshana v. Coca Cola*, 472 F.3d 506, 511 (7th Cir. 2006).

12. Plaintiff contends that Defendants' alleged negligence caused the decedent to fracture her hip, eventually leading to her declining physical condition and ultimately, her death. Plaintiff has alleged that she and the decedent's other heirs are entitled to damages pursuant to Illinois' Survival and Wrongful Death Acts, including damages for the decedent's medical bills, pain and suffering, disability and disfigurement, and funeral and burial expenses. Plaintiff also seeks damages

3

for loss of consortium. Based upon the allegations in Plaintiff's Complaint, the amount in controversy likely will exceed $75,000, should the Plaintiff establish liability and causation at trial.

13. Therefore, the United States District Courts have original jurisdiction over this civil action pursuant to 28 USC §1332 because there is complete diversity among the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

14. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the state-court lawsuit is pending.

15. Defendants have attached to this Notice copies of process and pleadings that have been served upon them.

WHEREFORE, the Defendants, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and SUNRISE CONTINUING CARE, LLC pray that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern Division for the reasons set forth above.

        Respectfully submitted,

        /s/Robert E. Sidkey
        PRETZEL & STOUFFER, CHARTERED
        One S. Wacker Drive
        Suite 2500
        Chicago, IL 60606
        Telephone: (312) 578-7489
        Fax: (312) 346-8242
        Rsidkey@pretzel-stouffer.com
        *Attorney for Defendant*

263-070723 RES/tvd #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY BRIAR, as Special Representative and Special Administrator of the Estate of SOPHIE BURKHART, Deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING, INC., a Delaware Corporation d/b/a SUNRISE OF SCHAUMBURG, SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation, SUNRISE CONTINUING CARE, LLC, a Delaware Limited Liability Company and JODI MEIER,<br><br>  Defendants. | No. |

## ATTESTATION

Robert E. Sidkey, Esq, being first duly sworn on oath, deposes and states as follows:

1. He is the attorney for the Defendants/Petitioners, SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., and SUNRISE CONTINUING CARE, LLC in this cause.

2. He has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it.

3. The facts and allegations contained in the Notice of Removal are true and correct to the best of his knowledge.

Respectfully submitted,

/s/Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

A copy of the **Notice of Removal** was filed electronically this __30th__ day of January, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
JORDAN S. POWELL
LEVIN & PERCONTI
325 N. LaSalle, Suite 450
Chicago, IL 60654
JSP@Levinperconti.com

Respectfully submitted,

/s/Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:  (312) 578-7489
Fax:        (312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendants*