UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY BRIAR, as Special Representative and Special Administrator of the Estate of SOPHIE BURKART, Deceased,<br><br>Plaintiff<br><br>*versus*<br><br>SUNRISE THIRD (POOL III), LLC, a Delaware Limited Liability Company d/b/a SUNRISE OF SCHAUMBURG, SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation and JODI MEIER,<br><br>Defendants. | Court # 12-cv-654<br><br>Judge Charles R. Norgle, Sr.<br>Magistrate Judge Susan E. Cox |

## ORDER APPROVING SETTLEMENT, DISTRIBUTION AND DISMISSAL

THIS CAUSE COMING ON TO BE HEARD upon the Petition of the Plaintiff, **WENDY BRIAR, as Special Representative and Special Administrator of the Estate of SOPHIE BURKART, Deceased,** for the entry of an Order approving the settlement and distribution:

The COURT BEING FULLY ADVISED IN THE PREMISES FINDS AS FOLLOWS:

1. This matter has settled for $350,000.00 and the Court finds that this settlement is fair and reasonable and made pursuant to the Wrongful Death Act of the State of Illinois.

2. The Plaintiff has a fee agreement with her attorney's and pursuant to said agreement, the attorney's fees total $116,666.67 and the Court hereby finds that said attorney's fees are fair and reasonable.

3. The attorneys for the Plaintiff are entitled to a reimbursement of costs incurred which were advanced in the sum of $10,104.51 and said expenses are found to be fair and

reasonable and itemized as follows:

| To Whom Paid | Amount |
|---|---|
| Records and Reports | $ 1,536.49 |
| Court Costs | $ 807.00 |
| Court Reporters | $ 3,762.05 |
| Messenger and Courier Service | $ 101.99 |
| Witness & Expert Fees | $ 700.00 |
| Investigations | $ 649.53 |
| Local Transportation | $ 191.20 |
| Video Instanter | $ 2,356.25 |
| Total | $ 10,104.51 |

4. Pursuant to Plaintiff's agreement with the Medicare, the department has agreed to accept $13,288.58 in full satisfaction of its lien.

5. After deduction for attorney's fees, reimbursement of litigation expenses and payment to Medicare, the net amount distributable to the heirs of **Sophie Burkart** is $209,940.24.

6. The heirs of the Decedent, Wendy Briar and Robert Burkart have consented to the division of proceeds and this Court hereby finds pursuant to this consent, the degree of dependency as follows:

| Name | Percentage |
|---|---|
| Wendy Briar | 50% |
| Robert Burkart | 50% |

7. Pursuant to the findings of dependency, the total settlement of $350,000.00 shall be distributed as follows:

| | |
|---|---|
| Wendy Briar | $104,970.12 |
| Robert Burkart | $104,970.12 |
| Attorney's fees | $116,666.67 |
| Costs | $ 10,104.51 |
| Medicare | $ 13,288.58 |
| Settlement Amount | $350,000.00 |

IT IS THEREFORE ORDERED that the settlement is hereby approved and **Wendy**

**Briar** is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the provisions of this Order.

IT IS FURTHER ORDERED that this matter is dismissed as to all Defendants with prejudice and without costs.

_[signature]_
JUDGE

**LEVIN & PERCONTI** (#55019)
325 North LaSalle Street
Suite 450
Chicago, IL 60654
312-332-2872